NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SKYPE TECHNOLOGIES SA and SKYPE, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 945

---

On Petition for Writ of Mandamus to the United States District Court for the District of New Jersey in case no. 06-CV-2469, Judge Katharine S. Hayden.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

### O R D E R

Upon consideration of Skype Technologies SA and Skype, Inc.'s unopposed motion to withdraw their petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted and the petition is dismissed.

FOR THE COURT

**AUG 2 4 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc: Morgan Chu, Esq.
Howard B. Miller, Esq.
Clerk, United States District Court for the District Of
New Jersey

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK